# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1280
LT Case No. 2020-DR-1724

_____

KENNETH EDWARD BAER,

    Appellant,

    v.

BRIDGET NICOLE BAER,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for St. Johns County.
Christopher S. Ferebee, Judge.

Kenneth Edward Baer, St. Augustine, pro se.

No Appearance for Appellee.


January 9, 2024


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., MAKAR, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____